IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT FILLMORE                                                                               PLAINTIFF

v.                                              CIVIL NO. 08-5268

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                            DEFENDANT

**O R D E R**

On this 16th day of September 2010, the Court has before it for consideration of Plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

For reasons set forth in the report and recommendation filed by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas, on August 17, 2010, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the amount of $2,359.01 representing 15.25 hours of work at a rate of $152.00 per hour and $41.01 in expenses.

This amount shall be paid in addition to, and not out of, any past-due benefits Plaintiff may be awarded in the future.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE